FILED
January 2, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAHOMA LIN, ) <br> ) <br> Defendant. ) | Case No. 2:12CR00440-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAHOMA LIN , Case No.  2:12CR00440-JAM , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  January 3, 2013  at  8:30 a.m.  (1:32 pm struck out).

By  /s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court