| | |
|---|---|
| 1 | GEORGE G. BENETATOS  [SBN: 54986] |
| | LAW OFFICE OF GEORGE G. BENETATOS |
| 2 | 244 California Street, Suite 300 |
| | San Francisco, California  94111 |
| 3 | Telephone:     (415) 398-2296 |
| | Facsimile:      (415) 398-2290 |
| 4 | Email:           BenetatosLaw@gmail.com |
| 5 | Attorney for DAHOMA LIN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0440 JAM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| DAHOMA LIN aka NINA MONALISA BEARD, | ) | SC Date:      January 22, 2013 |
| | ) | Time:           9:45 a.m. |
| Defendant. | ) | Courtroom:   6 |
| | ) | Hon. Judge John A. Mendez |

Based on the Stipulation of the parties, this Court finds there is good cause to continue the status conference, currently scheduled to occur on January 22, 2013, in Courtroom 6, at 9:45 a.m., to May 14, 2013.

IT IS THEREFORE ORDERED that the status conference currently scheduled to occur on January 22, 2013, is continued to May 14, 2013, at 9:45 a.m. in Courtroom 6.

Dated:  January 22, 2013         /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE
                                                  EASTERN DISTRICT OF CALIFORNIA