GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California  94111
Telephone:     (415) 398-2296
Facsimile:     (415) 398-2290
Email:         BenetatosLaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0440 JAM |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **CONTINUING STATUS CONFERENCE** |
| DAHOMA LIN aka NINA MONALISA BEARD, | ) | SC Date:    September 3, 2013 |
|  | ) | Time:       9:45 a.m. |
| Defendant. | ) | Courtroom:  6 |
|  | ) | Hon. Judge John A. Mendez |

Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between September 3, 2013, and November 5, 2013, so that counsel for the defendant may have reasonable time necessary for effective representation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the status conference currently scheduled to occur on September 3, 2013, is continued to November 5, 2013, at 9:45 a.m. in Courtroom 6, and time is excluded from the Speedy Trial Act during that time period.

Dated: 8/30/2013

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA