1   GEORGE G. BENETATOS  [SBN: 54986]
    LAW OFFICE OF GEORGE G. BENETATOS
2   244 California Street, Suite 300
    San Francisco, California  94111
3   Telephone:     (415) 398-2296
    Facsimile:     (415) 398-2290
4   Email:         benetatoslaw@gmail.com

5   Attorney for DAHOMA LIN

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11  UNITED STATES OF AMERICA,          )   No. 2:12-CR-0440 JAM
                                       )
12                  Plaintiff,         )   **[PROPOSED] ORDER**
    vs.                                )   **CONTINUING STATUS CONFERENCE**
13                                     )
    DAHOMA LIN aka NINA MONALISA       )
14  BEARD,                             )   SC Date:      November 5, 2013
                                       )   Time:         9:45 a.m.
15                  Defendant.         )   Courtroom:    6
    _____  )   Hon. Judge John A. Mendez
16

17          Based upon the stipulation of the parties, the Court finds the ends of justice are served by

18  the Court excluding time between November 5, 2013, and November 12, 2013, so that counsel

19  for the defendant may have reasonable time necessary for effective representation, taking into

20  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

21          IT IS THEREFORE ORDERED that the status conference currently scheduled to occur

22  on November 5, 2013, is continued to November 12, 2013, at 9:45 a.m. in Courtroom 6, and time

23  is excluded from the Speedy Trial Act during that time period.

24

25  Dated: 10/3/2013                    /s/ John A. Mendez
                                        _____
26                                      JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE
27                                      EASTERN DISTRICT OF CALIFORNIA

28

1

**CERTIFICATE OF SERVICE**

2

**WHEN ALL CASE PARTICIPANTS**

3

**ARE CM/ECF PARTICIPANTS**

4

I hereby certify that on October 3, 2013, I caused to be electronically filed the foregoing

5

with the Clerk of the Court for the United States District Court, Eastern District of California,

6

Sacramento Division by using the CM/ECF system.

7

I certify that all participants in the case are registered CM/ECF users and that service will

8

be accomplished by the CM/ECF system.

9

/s/ George G. Benetatos

10

_____

11

GEORGE G. BENETATOS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28