GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California  94111
Telephone:     (415) 398-2296
Facsimile:       (415) 398-2290
Email:            BenetatosLaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>         Plaintiff,    )<br>vs.                               )<br>            )<br>DAHOMA LIN aka NINA MONALISA )<br>BEARD,              )<br>            )<br>         Defendant.    )<br>            ) | No. 2:12-CR-0440 JAM<br><br>**ORDER<br>CONTINUING SENTENCING**<br><br>Sentencing  Date: January 20, 2015<br>Time:              9:45 a.m.<br>Courtroom:      6<br>Hon. Judge John A. Mendez |

Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between January 20, 2015 and March 24, 2015, so that Counsel for the Defendant and Counsel for the Government may have reasonable additional time necessary to discuss additional plea agreement terms that may affect sentencing, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on January 20, 2015, is continued to March 24, 2015, at 9: a.m. in Courtroom 6, and time is excluded from the Speedy Trial Act during that time period.

Dated: 12/5/2014                    /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE
                                                EASTERN DISTRICT OF CALIFORNIA