GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California  94111
Telephone:    (415) 398-2296
Facsimile:     (415) 398-2290
Email:        BenetatosLaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA,            | No. 2:12-CR-0440 JAM |
|---|---|
| Plaintiff, | |
| vs. | **SUPPLEMENTAL ORDER REGARDING CONTINUED SENTENCING DATE** |
| DAHOMA LIN aka NINA MONALISA BEARD, | |
| | Sentencing Date: March 24, 2015 |
| Defendant. | Time:           9:30 a.m. |
| | Courtroom:    6 |
| | Hon. Judge John A. Mendez |

On December 5, 2014, the Court continued the sentencing of Defendant Dahoma Lin from January 20, 2015 to March 24, 2015.  The continuance followed the stipulation of the parties so requesting.

The Proposed Order and subsequent signed Order did not include continuance of the previously scheduled deadline for disclosure of presentence report and deadline for filing of objections to the presentence report.

IT IS THEREFORE ORDERED that the previously scheduled presentencing dates shall be changed to the following dates:

| | | |
|---|---|---|
| Reply, or Statement of Non-Opposition: | March 17, 2015 | (1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | March 10, 2015 | (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | March 3, 2015 | (3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | February 24, 2015 | (4 weeks before sentencing) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | February 10, 2015 | (6 weeks before sentencing) |

Dated: 12/10/2014

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA