1  GEORGE G. BENETATOS  [SBN: 54986]
   LAW OFFICE OF GEORGE G. BENETATOS
2  235 Montgomery Street, Suite 600
   San Francisco, California  94104
3  Telephone:      (415) 203-2296
   Facsimile:       (415) 986-4001
4  Email:            benetatoslaw@gmail.com

5  Attorney for DAHOMA LIN

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11 | UNITED STATES OF AMERICA,         )  No. 2:12-CR-0440 JAM
                                       )
12 |         Plaintiff,                )  **ORDER**
   | vs.                               )  **CONTINUING SENTENCING**
13 |                                   )
   | DAHOMA LIN aka NINA MONALISA      )
14 | BEARD,                            )  Sentencing  Date: March 24, 2015
   |                                   )  Time:            9:45 a.m.
15 |         Defendant.                )  Courtroom:   6
                                       )  Hon. Judge John A. Mendez
16

17         Based upon the stipulation of the parties, the Court finds the ends of justice are served by

18 the Court excluding time between March 24, 2015 and April 28, 2015, so that Counsel for the

19 Defendant and Counsel for the Government may have reasonable additional time necessary to

20 discuss additional plea agreement terms that may affect sentencing, taking into account the

21 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

22         IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on

23 March 24, 2015, is continued to April 28, 2015, at 9:45 a.m. in Courtroom 6, and time is

24 excluded from the Speedy Trial Act during that time period.

25

26

27

28

IT IS FURTHER ORDERED that the following disclosure and reply schedule shall apply, be adhered to by the Probation Officer and all parties unless the schedule is later modified by this Court:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | April 21, 2015 (1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | April 14, 2015 (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 7, 2015 (3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | March 31, 2015 (4 weeks before sentencing) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | March 17, 2015 (6 weeks before sentencing) |

Dated: January 29, 2015

/s/ JOHN A. MENDEZ
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

**WHEN ALL CASE PARTICIPANTS**

**ARE CM/ECF PARTICIPANTS**

I hereby certify that on January 28, 2015, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, Sacramento Division by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ George G. Benetatos

GEORGE G. BENETATOS