1  GEORGE G. BENETATOS  [SBN: 54986]
   LAW OFFICE OF GEORGE G. BENETATOS
2  235 Montgomery Street, Suite 600
   San Francisco, California  94104
3  Telephone:     (415) 203-2296
   Facsimile:     (415) 986-4001
4  Email:         benetatoslaw@gmail.com

5  Attorney for DAHOMA LIN

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11  UNITED STATES OF AMERICA,          )   No. 2:12-CR-0440 JAM
                                       )
12              Plaintiff,             )   **ORDER**
    vs.                                )   **CONTINUING SENTENCING**
13                                     )
    DAHOMA LIN aka NINA MONALISA       )
14  BEARD,                             )   Sentencing  Date: April 28, 2015
                                       )   Time:          9:15 a.m.
15              Defendant.             )   Courtroom:     6
                                       )   Hon. Judge John A. Mendez
16  _____

17         Based upon the stipulation of the parties, the Court finds the ends of justice are served by

18  the Court excluding time between April 28, 2015 and July 7, 2015 at 9:15 a.m., so that Counsel

19  for the Defendant and Counsel for the Government may have reasonable additional time

20  necessary to discuss additional plea agreement terms that may affect sentencing, taking into

21  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

22         IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on

23  April 28, 2015, is continued to July 7, 2015, at 9:15 a.m. in Courtroom 6, and time is excluded

24  from the Speedy Trial Act during that time period.

25

26

27

28

1    IT IS FURTHER ORDERED that the following disclosure and reply schedule shall apply,

2    be adhered to by the Probation Officer and all parties unless the schedule is later modified by this

3    Court:

4    Reply, or Statement of Non-Opposition:              June 30, 2015
                                                          (1 week before sentencing)
5
     Motion for Correction of the Presentence            June 23, 2015
6    Report Shall be Filed with the Court and             (2 weeks before sentencing)
     Served on the Probation Officer and
7    Opposing Counsel no Later Than:

8    The Pre-Sentence Report Shall be Filed with          June 16, 2015
     the Court and Disclosed to Counsel no Later          (3 weeks before sentencing)
9    Than:

10   Counsel's Written Objections to the                  June 9, 2015
     Presentence Report Shall be Delivered to the         (4 weeks before sentencing)
11   Probation Officer and Opposing Counsel
     no Later Than:
12
     The Proposed Presentence Report Shall be             May 26, 2015
13   Disclosed to Counsel no Later Than:                  (6 weeks before sentencing)

14

15

16
     Dated: 3/10/2015                        /s/ John A. Mendez
17                                           JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE
18                                           EASTERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**WHEN ALL CASE PARTICIPANTS**

**ARE CM/ECF PARTICIPANTS**

I hereby certify that on March 10, 2015, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, Sacramento Division by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ George G. Benetatos

_____

GEORGE G. BENETATOS