GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
235 Montgomery Street, Suite 600
San Francisco, California  94104
Telephone:    (415) 203-2296
Facsimile:    (415) 986-4001
Email:        benetatoslaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 2:12-CR-0440 JAM |
|                                     ) | |
|     Plaintiff,  ) | **ORDER** |
| vs.                                 ) | **CONTINUING SENTENCING** |
|                                     ) | |
| DAHOMA LIN aka NINA MONALISA        ) | |
| BEARD,                              ) | Sentencing Date: July 7, 2015 |
|                                     ) | Time:          9:15 a.m. |
|     Defendant.  ) | Courtroom:     6 |
|                                     ) | Hon. Judge John A. Mendez |

    Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between July 7, 2015 and January 12, 2016, so that Counsel for the Defendant may have reasonable additional time to recover from an injury and surgery, and be able to carry out his duties as Counsel for the Defendant.  18 U.S.C. § 3161(h)(7)(B)(iv).

    IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on July 7, 2015, is continued to January 12, 2016, at 9:15 a.m. in Courtroom 6, and time is excluded from the Speedy Trial Act during that time period.

1   IT IS FURTHER ORDERED that the following disclosure and reply schedule shall apply,
2   be adhered to by the Probation Officer and all parties unless the schedule is later modified by this
3   Court:

4   Reply, or Statement of Non-Opposition:              January 5, 2016
                                                         (1 week before sentencing)

6   Motion for Correction of the Presentence           December 29, 2015
    Report Shall be Filed with the Court and           (2 weeks before sentencing)
    Served on the Probation Officer and
7   Opposing Counsel no Later Than:

8   The Pre-Sentence Report Shall be Filed with        December 22, 2015
    the Court and Disclosed to Counsel no Later        (3 weeks before sentencing)
9   Than:

10  Counsel's Written Objections to the                December 15, 2015
    Presentence Report Shall be Delivered to the       (4 weeks before sentencing)
11  Probation Officer and Opposing Counsel
    no Later Than:

13  The Proposed Presentence Report Shall be           December 1, 2015
    Disclosed to Counsel no Later Than:                (6 weeks before sentencing)

16
    Dated: 4/8/2015                                    /s/ John A. Mendez
17                                                     JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE
18                                                     EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

**WHEN ALL CASE PARTICIPANTS**

**ARE CM/ECF PARTICIPANTS**

  I hereby certify that on April 7, 2015, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, Sacramento Division by using the CM/ECF system.

  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

               /s/ George G. Benetatos

               _____

               GEORGE G. BENETATOS