1  GEORGE G. BENETATOS  [SBN: 54986]
   LAW OFFICE OF GEORGE G. BENETATOS
2  235 Montgomery Street, Suite 600
   San Francisco, California  94104
3  Telephone:    (415) 203-2296
   Facsimile:    (415) 986-4001
4  Email:        benetatoslaw@gmail.com

5  Attorney for DAHOMA LIN

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11  UNITED STATES OF AMERICA,          )   No. 2:12-CR-0440 JAM
                                       )
12              Plaintiff,             )   **ORDER**
    vs.                                )   **CONTINUING SENTENCING**
13                                     )
    DAHOMA LIN aka NINA MONALISA       )
14  BEARD,                             )   Sentencing Date: January 12, 2016
                                       )   Time:         9:15 a.m.
15              Defendant.             )   Courtroom:    6
    _____)   Hon. Judge John A. Mendez
16

17        Based upon the stipulation of the parties, the Court finds the ends of justice are served by

18  the Court excluding time between January 12, 2016 and January 19, 2016, so that Counsel for the

19  Defendant can attend a court hearing in San Francisco scheduled for January 12, 2016 at

20  10:30 a.m.  18 U.S.C. § 3161(h)(7)(B)(iv).

21        IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on

22  January 12, 2016, is continued to January 19, 2016, at 9:15 a.m. in Courtroom 6, and time is

23  excluded from the Speedy Trial Act during that time period.  All disclosure and reply schedule

24  dates shall remain unchanged.

25

26  Dated: 10/13/2015                   /s/ John A. Mendez
                                        _____
                                        JOHN A. MENDEZ
27                                      UNITED STATES DISTRICT COURT JUDGE
                                        EASTERN DISTRICT OF CALIFORNIA
28