GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California  94111
Telephone:    (415) 398-2296
Facsimile:    (415) 398-2290
Email:        BenetatosLaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DAHOMA LIN aka NINA MONALISA BEARD,<br><br>   Defendant. | No. 2:12-CR-0440 JAM<br><br>**ORDER**<br>**CONTINUING SENTENCING**<br><br>Sentencing Date: January 19, 2016<br>Time:            9:15 a.m.<br>Courtroom:    6<br>Hon. Judge John A. Mendez |

Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between January 19, 2016 and March 22, 2016, so that the Senior United States Probation Officer may have reasonable additional time necessary to review Defendant's Objections to the Presentence Report, confer with defense counsel re same, and respond to same, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on January 19, 2016, is continued to March 22, 2016, at 9:15 a.m. in Courtroom 6, and time is excluded from the Speedy Trial Act during that time period.

Dated: 12/22/2015             /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE
                              EASTERN DISTRICT OF CALIFORNIA