GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
235 Montgomery Street, Suite 600
San Francisco, California  94104
Telephone:     (415) 203-2296
Facsimile:      (415) 986-4001
Email:           benetatoslaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0440 GEB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | **CONTINUING SENTENCING** |
| DAHOMA LIN aka NINA MONALISA BEARD, | ) | |
| | ) | Sentencing Date: March 22, 2016 |
| Defendant. | ) | Time:            9:00 a.m. |
| | ) | Courtroom:   10 |
| | ) | Hon. Judge Garland E. Burrell, Jr. |

Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between March 22, 2016 and May 27, 2016, so that the probation officer responsible for preparing the presentence report may have reasonable additional time to attend to a personal family emergency, and be able to carry out her duties, including preparation of the final presentence report. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on March 22, 2016, is continued to May 27, 2016, at 9:00 a.m. in Courtroom 10, and time is excluded from the Speedy Trial Act during that time period.

1  IT IS FURTHER ORDERED that the following disclosure and reply schedule shall apply,
2  be adhered to by the Probation Officer and all parties unless the schedule is later modified by
3  this Court:

4  Reply, or Statement of Non-Opposition:            May 20, 2016
                                                     (1 week before sentencing)

6  Motion for Correction of the Presentence         May 13, 2016
   Report Shall be Filed with the Court and         (2 weeks before sentencing)
   Served on the Probation Officer and
7  Opposing Counsel no Later Than:

8  The Pre-Sentence Report Shall be Filed with      May 6, 2016
   the Court and Disclosed to Counsel no Later      (3 weeks before sentencing)
9  Than:

13  Dated:  February 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**CERTIFICATE OF SERVICE
WHEN ALL CASE PARTICIPANTS
ARE CM/ECF PARTICIPANTS**

I hereby certify that on February 26, 2016, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, Sacramento Division by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ George G. Benetatos

_____
GEORGE G. BENETATOS