GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
235 Montgomery Street, Suite 600
San Francisco, California  94104
Telephone:     (415) 203-2296
Facsimile:      (415) 986-4001
Email:          benetatoslaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>DAHOMA LIN aka NINA MONALISA BEARD,<br><br>      Defendant. | No. 2:12-CR-0440 GEB<br><br>**[PROPOSED] ORDER CONTINUING SENTENCING**<br><br>Sentencing Date: May 27, 2016<br>Time:             9:00 a.m.<br>Courtroom:    10<br>Hon. Judge Garland E. Burrell, Jr. |

Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between May 27, 2016 and June 24, 2016, so that the United States Attorney may have reasonable additional time to prepare the Government's motion under USSG §5K1.1.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the sentencing currently scheduled to occur on May 27, 2016, is continued to June 24, 2016, at 9:00 a.m. in Courtroom 10, and time is excluded from the Speedy Trial Act during that time period.

Dated:  May 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge