UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DAHOMA LIN,<br><br>        Defendant. | No. 2:12-cr-00440-GEB<br><br><br>**ORDER** |

      On May 25, 2016, Defendant Dahoma Lin filed an ex parte request for a Court order excluding the public from her "sentencing hearing, scheduled to occur on June 24, 2016, at 9:00 a.m. in Courtroom 10," so that the hearing "occur[s] *in camera*." (ECF No. 68.) Defendant argues "good cause to grant this ex parte application [exists] based on the facts set forth in Defendant's Motion for Correction of Presentence Report and attached exhibits," which have been filed on the public docket. (Id.)

      "[T]he burden is upon the proponent of closure to justify a closure order." Oregonian Pub. Co. v. U.S. Dist. Court for Dist. of Or., 920 F.2d 1462, 1467 (9th Cir. 1990). Defendant has not sustained her closure burden. Therefore, her request is denied.

Dated:  May 27, 2016

                                        _____
GARLAND E. BURRELL, JR.
Senior United States District Judge