PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0440 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING HEARING |
| v. | |
| DAHOMA LIN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Dahoma LIN, by and through her counsel of record, George Benetatos, Esq., stipulate and agree that the currently-scheduled judgment and sentencing hearing for this defendant, on June 24, 2016, should be moved to July 8, 2016, at 9:00 a.m. based upon the need for the parties to complete materials for the Court in aid of sentencing.

IT IS SO STIPULATED.

Dated: June 23, 2016

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: June 23, 2016

/s/ GEORGE BENETATOS, Esq.
GEORGE BENETATOS, Esq.
Counsel for Defendant, authorized to sign for Mr. Benetatos on June 23, 2016

STIPULATION AND [PROPOSED] ORDER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing for defendant Dahoma LIN on June 24, 2016, is VACATED; and

2. Judgment and sentencing for defendant LIN is set for July 8, 2016, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  June 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge